IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY L. PAGE,

    Plaintiff,                        No. CIV S-06-1310 MCE KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                ORDER

_____/

        Plaintiff, an inmate committed under California's Sexually Violent Predator Act, has filed a civil rights action under 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.

        Plaintiff alleges that he is not receiving adequate treatment at Coalinga State Hospital and names the following as defendants: the Governor; the Director of the Department of Mental Health; the Director of Coalinga State Hospital, where plaintiff is confined; the psychologist involved with unit three, where plaintiff is confined; and two outside psychologists who evaluated plaintiff for recommitment as a sexually violent predator. He also claims that the two psychologists, Hupka and Coles, along with defendant Mayberg, followed an improper assessment protocol. Complaint ¶ 18 I. These latter allegations form the basis of the complaint

/////

1  in <u>Page v. Mayberg</u>, Civ. No. 06-988 GEB KJM P, also pending before this court.  Accordingly,
2  because these allegations are duplicative, they will be stricken from the instant action.

3        The remaining allegations of plaintiff's complaint center on acts or omissions at
4  Coalinga State Hospital, located in Fresno County, which is part of the Fresno Division of the
5  United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

6        As provided by Local Rule 3-120(f), a civil action that has not been commenced
7  in the proper division of a court may, on the court's own motion, be transferred to the proper
8  division of the court.  Therefore, this action will be transferred to the Fresno Division of the
9  court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
10  request to proceed in forma pauperis.

11        Good cause appearing, IT IS HEREBY ORDERED that:

12        1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

13        2.  This action is transferred to the United States District Court for the Eastern
14  District of California sitting in Fresno; and

15        3.  All future filings shall reference the new Fresno case number assigned and
16  shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: October 12, 2006.

                                               UNITED STATES MAGISTRATE JUDGE

---

2
page1310.22