IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY L. PAGE,

      Plaintiff,                  1:06-CV-1409 ALA P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff Sammy Page is a state prisoner proceeding pro se and in forma pauperis. On October 23, 2007, this court dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted. Plaintiff was given thirty-five days to file an amended complaint. On October 29, 2007, the court received Plaintiff's request for a three-judge court. Given the court's action on October 23, 2007, Plaintiff's request is moot and will therefore be denied.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's October 29, 2007, request for a three-judge court is denied without prejudice as moot.

/////

DATED: November 2, 2007

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation