IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY L. PAGE, | CASE NO. 1:06-cv-01409-LJO DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR EXPEDITED HEARING |
| vs. | [Doc.22] |
| SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiff Sammy L. Page ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2007, plaintiff filed a document entitled "Plaintiff's Request for Determination of Motion to Expedite F.R.C.P. Rule 78; Doc#14P2:4, P3:9." (Doc. 22). Plaintiff requests an expedited hearing of the action to prevent defendants from further infringing upon his rights under the United States Constitution.

Plaintiff is informed that this court is overburdened with cases, all of which are of equal importance, and almost half of the which are civil rights suits. The filing of improper documents such as this has the effect of slowing down the judicial process for all parties litigating actions in this court, including plaintiff. Although the court recognizes that the instant action is of the utmost importance to plaintiff, it is but one of many hundreds filed with this court and is no more extraordinary or exceptional than any of the others. When a civil rights complaint is filed with this court, the court will screen the

1

1  complaint in due course.  Likewise, when there is a motion pending before the court, the court will
2  consider it in due course.  The court has not yet screened plaintiff's first amended complaint, filed
3  November 15, 2007, but will do so in due course.  Plaintiff's request to expedite this action, filed
4  October 11, 2007, is hereby DENIED.

5    IT IS SO ORDERED.

6    Dated:   May 1, 2008             /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

2