# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY PAGE,<br><br>    Plaintiff,<br><br> v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | CASE NO. 1:06-cv-01409 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. 30) |

  Plaintiff Sammy Page ("plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On August 19, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. Plaintiff filed an Objection to the Findings and Recommendations on September 2, 2008..

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Findings and Recommendations, filed August 19, 2008, is adopted in full; and

  2. Plaintiff's motion for preliminary injunctive relief, filed December 19, 2007, is denied.IT IS SO ORDERED.

**Dated: September 28, 2008**      **/s/ Lawrence J. O'Neill**
                    UNITED STATES DISTRICT JUDGE